IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| JACOB SHULER, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| Vs. | § | |
| | § | Civil Action No. 4:11cv602 |
| | § | |
| HZB FINANCIAL SERVICES INC., | § | |
| | § | |
| Defendant. | § | |

## NOTICE OF DISMISSAL

TO THE HONORABLE JUDGE OF THIS COURT:

1. Plaintiff, JACOB SHULER, files this Notice of Dismissal under Federal Rule Civil Procedure 41(a)(1)(A)(i).

2. Plaintiff moves to dismiss this suit with prejudice.

3. Defendant has not answered, and agrees to the dismissal.

4. All matters in controversy have been resolved.

5. This case is not a class action, and a receiver has not been appointed.

6. This action is not governed by any statute of the United States that requires an order of the court for dismissal of this case.

7. Plaintiff has not dismissed an action based on or including the same claim or claims as those presented in this suit.

8. This dismissal is with prejudice.

9. Costs are taxed to the Plaintiff.

Respectfully submitted,

*/s/ Jerry J. Jarzombek*
_____
Jerry J. Jarzombek
Texas Bar No. 10589050
855 Texas Street, Suite 140
Fort Worth, Texas 76102
817-348-8325
817-348-8328 Facsimile

ATTORNEY FOR PLAINTIFF