IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| JACOB SHULER, § | |
| § | |
| Plaintiff, § | |
| § | |
| Vs. § | |
| § | Civil Action No. 4:11cv602 |
| § | |
| HZB FINANCIAL SERVICES INC., § | |
| § | |
| Defendant. § | |

## FINAL JUDGMENT

Pursuant to Plaintiff's Notice of Dismissal (Dkt. 5) and Federal Rule of Civil Procedure 41, all claims in the above-styled and numbered cause are DISMISSED WITH PREJUDICE. All costs under Rule 45(d)(1) shall be taxed against Plaintiff.

IT IS SO ORDERED.

SIGNED this the 10th day of September, 2013.

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE